UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION
FOR A SEARCH WARRANT FOR:

THE SUBJECT PREMISES described in
Attachment A of the Affidavit

- - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Mag. Nos. 14-3769
14-3770
14-3771
14-3772
14-3773
14-3774

Upon the application of Craig Carpenito, United States Attorney for the District of New Jersey, by Assistant United States Attorney Meredith Williams, for an order unsealing the above-captioned matters;

WHEREFORE, it is ordered that these matters be unsealed in their entirety.

Dated: Newark, New Jersey
January 10, 2018

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW JERSEY